IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **GUIDO MAURICIO GARCIA,** | : | |
| Petitioner, | : | |
| vs. | : | **CIVIL ACTION 06-0717-WS-C** |
| **ALBERTO GONZALES, etc.,** *et al.*, | : | |
| Respondents. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 30, 2007 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 21st day of May, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE