IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GUIDO MAURICIO GARCIA,** | : |
| Petitioner, | : |
| vs. | :     **CIVIL ACTION 06-0717-WS-C** |
| **ALBERTO GONZALES, etc.,** *et al.*, | : |
| Respondents. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2241, be **GRANTED** and that he be immediately and expeditiously **RELEASED** from detention under conditions set forth by the ICE arm of the Department of Homeland Security.

**DONE** and **ORDERED** this 21st day of May, 2007.

                                               s/WILLIAM H. STEELE
                                               UNITED STATES DISTRICT JUDGE